UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR08-40057 |
| Plaintiff, | ORDER DISMISSING COUNT 1 OF INDICTMENT |
| vs. | |
| DANIEL DAVID KJERGAARD, | |
| Defendant. | |

The Court having reviewed the Government's Motion to Dismiss Count 1 of Indictment, and good cause appearing therefor, it is hereby

ORDERED that Count 1 of the Indictment in the above-captioned matter is hereby dismissed.

Dated this _____ day of September, 2008.

BY THE COURT:

LAWRENCE L. PIERSOL
United States District Court Judge

ATTEST:
JOSEPH A. HAAS, Clerk

By: _____
                Deputy